In the Matter of the Claim of JOSEPH WEBER, Respondent, against GEORGE HAISS MANUFACTURING COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — injury to and loss of right eye — award for loss of vision of remaining eye arising from traumatic neurosis.*

*Weber* v. *Haiss Mfg. Co.,* 191 App. Div. 12, affirmed.

(Argued April 15, 1920; decided May 4, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 4, 1920, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant while in the employ of defendant manufacturing company was struck in the right eye by a chip of iron, resulting in the loss of that eye, for which he obtained an award. Subsequently he complained of loss of vision in the remaining eye and the case was reopened, resulting in a further award. There was evidence tending to show that the left eye was normal in every respect and that the claimed loss of sight was the result of hysteria or traumatic neurosis.

*Jeremiah F. Connor* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.